## NOTICE OF ELECTRONIC FILING AND
## CERTIFICATE OF SERVICE BY MAIL

| | | | |
|---|---|---|---|
| STATE OF ILLINOIS | ) | CASE NO.: 18-31706 | |
| | ) | SS | |
| CITY OF BELLEVILLE | ) | Chapter 13 | |

Mary Hicks, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age, and resides in Madison County, Illinois.

On November 27, 2018, Deponent electronically filed with the Clerk of the U. S. Bankruptcy Court **Original Plan.**

The Deponent served electronically the **Original Plan** to the following parties:

U.S. Trustee
U. S. Bankruptcy Court
Russell C. Simon
and mailed by certified mail to the following creditors:

Capital One Auto Finance
c/o Richard D. Fairbank, CEO & President
1680 Capital One Dr
McLean, VA 22102-3407

by depositing a true copy of same, enclosed in a postage paid properly addressed wrapper, in a Belleville City Branch, official depository under the exclusive care and custody of the United States Postal Service, within the State of Illinois.

By: /s/ Mary Hicks