## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:                                      )                    In Proceedings
    Gary M Lager                    )                    Under Chapter 13
                                    )
    Constance S Lager               )
                                    )                    Bk. No: 18-31706
    Debtor(s)                       )

### TRUSTEE'S RECOMMENDATION TO CONFIRM ORIGINAL PLAN

    The undersigned Trustee has examined the plan submitted by the above-named debtor(s), filed under the provisions of Chapter 13 of the United States Bankruptcy Code, has had the debtor(s) examined at the 341 Meeting of Creditors, has examined the claims filed in the case, and has no objections to the confirmation of the debtor(s)' plan.

  __X__    This constitutes a withdrawal of previous objection filed by the Trustee.

    Wherefore, the Trustee prays this Court for an Order confirming the Original Plan, and for all other relief this Court deems just and equitable.

                       **/s/Russell C. Simon**
                       RUSSELL C. SIMON
                       Chapter 13 Trustee
                       24 Bronze Pointe
                       Swansea, IL  62226
                       Telephone: (618) 277-0086
                       Telecopier: (618) 234-0124

Dated: January 17, 2019

LD

### Certificate of Service

    I hereby certify that a true and correct copy of the above and foregoing Trustee's Recommendation to Confirm Original Planwas served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Thursday, January 17, 2019.

                    /s/ Lisa _____

Gary M Lager
Constance S Lager
691 E Beckemeyer Ave
Beckemeyer, IL  62219-1000

RONALD A BUCH
5312 W MAIN
BELLEVILLE, IL 62226