# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Gary M. Lager and Constance S Lager

In Proceedings
Under Chapter 13

BK 18–31706–lkg

Debtor(s)

SSN/Individual Taxpayer ID Number (ITIN):

xxx–xx–0429    xxx–xx–4574

# ORDER CONFIRMING CHAPTER 13 PLAN

The Court finds that the plan (and if applicable as amended or modified) meets the requirements of 11 U.S.C. § 1325.

**IT IS ORDERED THAT:**

The debtor's Chapter 13 plan is confirmed.

By April 30th of each year, the Debtor(s) shall provide the Trustee with a true and complete signed copy of their state and federal income tax return(s) for the preceding year. If an extension is filed, or the Debtor(s) are not required to file a return, by April 30th of each year, the Debtor(s) shall provide the Trustee with an executed copy of the extension, or Affidavit stating they are not required to file said return(s). The Trustee shall compute the amount, if any, of the Debtor(s)' refund that must be turned over and send the Debtor(s) a letter notifying them of this amount. This amount is calculated as follows: any amount (excluding that received before the commencement of the case) that exceeds (i) monies credited for Earned Income Credit and/or Child Tax Credit plus (ii) $750.00 per Debtor.

These additional proceeds shall increase the minimum required distribution to the Debtor(s)' allowed general unsecured creditors and the Trustee is authorized to increase the base amount of the Debtor(s)' Plan accordingly. Said funds must be tendered to the Trustee within 30 days of the date of said letter. Failure of the Debtor(s) to comply with any of the time parameters set forth herein will result in the dismissal of the case without further notice or hearing upon the Trustee's certification of said default. Notwithstanding the foregoing, nothing contained herein shall prohibit the Debtor(s) from timely filing a Motion with the Court, seeking authorization to retain all or any portion of such future tax refunds upon a showing of substantial need.

The attorney for the debtor(s) shall be paid attorney's fees as specified in the plan, and according to the Court's Chapter 13 Procedures Manual.

Confirmation of this plan does not remove the attorney for the debtor as attorney of record in this case. The attorney for the debtor shall remain counsel of record until the earliest of either the closing of the case or the entry of an order allowing the attorney for the debtor to withdraw as counsel.

No payment in an amount less than $15.00 shall be distributed by the Trustee to any creditor. Funds not distributed because of Bankruptcy Rule 3010(b) shall be paid whenever the accumulation aggregates $15.00. Any funds remaining shall be distributed with the final payment.

In the event that the number of creditors filing Proofs of Claim is less than the number of creditors in the debtor's bankruptcy petition, the Trustee is directed to distribute all of the proceeds of the debtor's plan to those creditors whose claims have been allowed, but not to exceed 100 percent of the amount of any claim.

ENTERED: February 21, 2019              /s/ Laura K. Grandy
                                         UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of Illinois

In re:  
Gary M. Lager  
Constance S Lager  
    Debtors

Case No. 18-31706-lkg  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0754-3      User: rj      Page 1 of 2      Date Rcvd: Feb 21, 2019  
                      Form ID: 243    Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2019.

```
db/jtdb         Gary M. Lager,    Constance S Lager,    691 E Beckemeyer Ave,    Beckemeyer, IL  62219-1000
3989421         Apria Healthcare,    PO Box 3475,    Toledo, OH  43607-0475
4003754        +Apria Healthcare LLC,    Attn: Legal Department,    26220 Enterprise Court,
                 Lake Forest, CA  92630-8405
3989424         Clinton County Rural Health,    9401 Holy Cross Ln,    Breese, IL  62230-3510
3989427         H&R accounts,    5320 22nd Ave,    Moline, IL  61265-3627
3989431       ++HSHS MEDICAL GROUP INC,    P O BOX 4057,    CAROL STREAM IL 60197-4057
                (address filed with court:  HSHS Medical Group,     PO Box 13427,    Springfield, IL  62791-3427)
3989432         HSHS St. Joseph's Hospital Breese,    9515 Holy Cross Ln,    Breese, IL  62230-3618
3989429         Hospital Sisters Health Systems,    1643 Lewis Ave Ste 203,    Billings, MT  59102-4151
3989433         One Advantage LLC,    7650 Magna Dr,    Belleville, IL  62223-3366
3989435         SFC of Illinois, LLC,    2659 Northtown Way,    Highland, IL  62249-1121
3989436         Synergetic Communication,    5450 NW Central Dr # 220,    Houston, TX  77092-2061
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 21 2019 18:14:33
                  Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                  Oklahoma City, OK  73118-7901
3989420          E-mail/Text: ebn@americollect.com Feb 21 2019 18:12:09      Americollect,    PO Box 1690,
                  Manitowoc, WI  54221-1690
3989422          E-mail/Text: g17768@att.com Feb 21 2019 18:11:55      AT&T,    PO Box 5014,
                  Carol Stream, IL  60197-5014
3989423          E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Feb 21 2019 18:14:25
                  Capital One Auto Finance,    PO Box 60511,    City of Industry, CA  91716-0511
3997824         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 21 2019 18:14:33
                  Capital One Auto Finance,,    a division of Capital One, NA,    4515 N Santa Fe Ave, Dept APS,
                  Oklahoma City, OK  73118-7901
3991984         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 21 2019 18:14:33
                  Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                  4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK  73118-7901
3989425          E-mail/Text: bankruptcy@consumerportfolio.com Feb 21 2019 18:12:11
                  Consumer Portfolio Services, Inc,    Attn: Bankruptcy Dept.,    PO Box 57071,
                  Irvine, CA  92619-7071
3989426          E-mail/Text: bankruptcy.bnc@ditech.com Feb 21 2019 18:12:01      Ditech Financial LLC,
                  PO Box 6154,    Rapid City, SD  57709-6154
3989430          E-mail/Text: SIDBusinessOffice@hshs.org Feb 21 2019 18:12:20
                  HSHS Division Southern Illinois,    9515 Holy Cross Ln,    Breese, IL  62230-3618
3989428          E-mail/Text: tracybickel@heightsfinance.com Feb 21 2019 18:12:19      Heights Finance,
                  PO Box 6,    O Fallon, IL  62269-0006
3990047         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2019 18:14:43
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
3989434          E-mail/Text: craig.wise@prairieheart.com Feb 21 2019 18:11:53
                  Prairie Cardiovascular Consultants, Ltd,    PO Box 19420,    Springfield, IL  62794-9420
3996380         +E-mail/Text: bankruptcy.noticing@security-finance.com Feb 21 2019 18:11:57
                  SFC Central Bankruptcy,    P.O. Box 1893,    Spartanburg, SC 29304-1893
3990458         +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2019 18:14:33      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
3989437          E-mail/PDF: bk@worldacceptance.com Feb 21 2019 18:14:26      World Finance Corporation,
                  12551 State Route 143 Ste D,    Highland, IL  62249-1192
3999343         +E-mail/PDF: bk@worldacceptance.com Feb 21 2019 18:14:34      World Finance Corporation,
                  Attn: Bankruptcy Processing Center,    PO Box 6429,    Greenville, SC 29606-6429
                                                                                               TOTAL: 16
```

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0754-3          User: rj                Page 2 of 2              Date Rcvd: Feb 21, 2019
                              Form ID: 243            Total Noticed: 27

                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2019 at the address(es) listed below:
              Ronald Allan Buch    on behalf of Joint Debtor Constance S Lager Belleville@tbcwam.com,
               G38416@notify.cincompass.com;tbcbackup@yahoo.com
              Ronald Allan Buch    on behalf of Debtor Gary M. Lager Belleville@tbcwam.com,
               G38416@notify.cincompass.com;tbcbackup@yahoo.com
              Russell C Simon    simontrustee@yahoo.com, pacer@simonch13trustee.com
              United States Trustee    USTPRegion10.es.ecf@usdoj.gov
                                                                                             TOTAL: 4
```