# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| GARY M. LAGER and | ) | |
| CONSTANCE S. LAGER, | ) | |
| | ) | BK 18-31706 |
| Debtors. | ) | |

## ORDER

THIS MATTER is before the Court on Debtors' Motion for Enlargement of Time to file a Proof of Claim on Behalf of Ditech Financial, LLC. Said motion is GRANTED the Debtors are granted an additional thirty (30) days from the date of this order to file a Proof of Claim on behalf of Ditech Financial, LLC.

Counsel for the moving party shall serve a copy of this order by mail to all interested parties who were not served electronically.

ENTERED: March 7, 2019

/s/ Laura K. Grandy
_____
UNITED STATES BANKRUPTCY JUDGE/3