**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| GARY M. LAGER and | ) | |
| CONSTANCE S. LAGER, | ) | |
| | ) | BK 18-31706 |
| Debtors. | ) | |

**MOTION FOR ENLARGEMENT OF TIME UNDER BANKRUPTCY RULE**
**9006(b)(1) TO FILE PROOF OF CLAIM ON BEHALF OF DITECH FINANCIAL, LLC**

COME NOW the Debtors, Gary and Constance Lager, by and through their attorneys, Law Office of Ronald A. Buch, L.L.C., and for their Motion for Enlargement of Time under Bankruptcy Rule 9006(b)(1) to File Proof of Claim on Behalf of Ditech Financial, LLC state as follows:

1. On November 27, 2018, the Debtors filed for relief under Chapter 13 of the Bankruptcy Code.

2. The deadline for creditors to file claims was February 5, 2019.

3. Ditech Financial, LLC has not filed a claim in this case.

4. Debtors' counsel recently received notice that Ditech Financial, LLC has filed for relief under Chapter 11 of the Bankruptcy Code (Case No. 19-10412 (JLG)) in the Southern District of New York.

5. The deadline for the Debtors to file a claim on behalf of Ditech Financial, LLC was extended to April 8, 2019.

6. Debtors' counsel is in the process of trying to obtain the documentation required to file a claim for Ditech Financial, LLC. Debtors' counsel has been unable to obtain the necessary documentation directly from Ditech Financial, LLC. Debtors' have provided counsel with documentation, but it is insufficient to file the Proof of Claim.

7. It is in the Debtors' best interest that a claim for Ditech Financial, LLC be filed to receive payment through the Chapter 13 Plan.

8. The Debtors request that the Court enlarge the time for counsel to file a Proof of Claim on behalf of Ditech Financial, LLC for thirty (30) days.

WHEREFORE, the Debtors pray that this Court enter an order enlarging the time for Debtors' counsel to file a Proof of Claim on behalf of Ditech Financial, LLC for thirty (30) days, and for such other relief as deemed appropriate by the Court.

          GARY & CONSTANCE LAGER,

          By: /s/ Ronald A. Buch
          Ronald A. Buch, #6209955
          Kimberly D. Litherland, #6299352
          Attorneys for Debtors
          Law Office of Ronald A. Buch, LLC
          5312 West Main Street
          Belleville, Illinois 62226
          (618) 236-7000
          belleville@tbcwam.com

**NOTICE OF ELECTRONIC FILING AND**
**CERTIFICATE OF SERVICE BY MAIL**

| | | | |
|---|---|---|---|
| STATE OF ILLINOIS | ) | BK | 18-31706 |
| | ) SS | | |
| CITY OF BELLEVILLE | ) | Chapter | 13 |

Jennifer Schweiger, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age, and resides in St. Clair County, Illinois.

On April 5, 2019, Deponent electronically filed with the Clerk of the U.S. Bankruptcy Court the **Motion for Enlargement of Time under Bankruptcy Rule 9006(b)(1) to File Proof of Claim on Behalf of Ditech Financial, LLC**.

The Deponent served electronically the **Motion for Enlargement of Time under Bankruptcy Rule 9006(b)(1) to File Proof of Claim on Behalf of Ditech Financial, LLC** to the following parties:

U.S. Trustee

Russell C. Simon

and served by mail to the following parties:

Gary & Constance Lager
691 E. Beckemeyer Ave.
Beckemeyer, IL 62219

Ditech Financial, LLC
Attn: Bankruptcy Dept.
PO Box 6154
Rapid City, SD 57709

by depositing a true copy of same, enclosed in a postage paid properly addressed wrapper, in a Belleville City Branch, official depository under the exclusive care and custody of the United States Postal Service, within the State of Illinois.

By: /s/ Jennifer Schweiger