## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| GARY M. LAGER and | ) | |
| CONSTANCE S. LAGER, | ) | |
| | ) | BK 18-31706 |
| Debtors. | ) | |

### **ORDER**

This cause coming before the Court on Debtors' Motion for Enlargement of Time under Bankruptcy Rule 9006(b)(1) to File Proof of Claim on Behalf of Ditech Financial, LLC, and the Court being fully advised, hereby grants the Debtors' Motion. The Debtors are granted an additional 30 days from the date of this order to file a Proof of Claim on behalf of Ditech Financial, LLC.

Counsel for the moving party shall serve a copy of this order by mail to all interested parties who were not served electronically.

ENTERED: April 9, 2019

                                                /s/ Laura K. Grandy
                                      UNITED STATES BANKRUPTCY JUDGE/3