IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:<br>   Gary M Lager<br><br>   Constance S Lager<br>      Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | In proceedings under<br>Chapter 13<br><br><br>Bk. No.:  18-31706 |

<u>TRUSTEE'S RESPONSE TO AMENDED PLAN NUMBER ONE</u>

In response to Amended Plan Number One, filed by debtor's attorney, the Trustee has NO OBJECTION.

Wherefore, the Trustee prays this Court for an Order approving the Amended Plan Number One, and for all other relief this Court deems just and equitable.

                                               **/s/ Russell C. Simon**
                                               RUSSELL C. SIMON, Trustee
                                               Chapter 13 Trustee
                                               24 Bronze Pointe
                                               Swansea, Illinois  62226
                                               Telephone: (618) 277-0086
                                               Telecopier: (618) 234-0124

Dated: July 30, 2020
CN

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing Trustee's Response to Amended Plan Number One was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Thursday, July 30, 2020.

                                               /s/Chantelle

Gary M Lager
Constance S Lager
691 E Beckemeyer Ave
Beckemeyer, IL  62219-1000

RONALD A BUCH
5312 W MAIN
BELLEVILLE, IL 62226