# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings |
| | Under Chapter 13 |
| Gary M. Lager and Constance S Lager | |
| | BK 18−31706−lkg |
| Debtor(s) | |

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−0429    xxx−xx−4574

## ORDER APPROVING MODIFIED PLAN

The debtor(s) having noticed and filed a proposed modification to their plan on 7/28/2020, no timely objection having been filed, it is

**ORDERED** that the plan is approved as modified.

ENTERED: August 19, 2020                          /s/ Laura K. Grandy
                                                  UNITED STATES BANKRUPTCY JUDGE