# Notice Recipients

District/Off: 0754–3     User: kw     Date Created: 8/19/2020
Case: 18–31706–lkg     Form ID: 180     Total: 5

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPRegion10.es.ecf@usdoj.gov
tr     Russell C Simon     simontrustee@yahoo.com
aty     Ronald Allan Buch     Belleville@tbcwam.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Gary M. Lager     691 E Beckemeyer Ave     Beckemeyer, IL 62219–1000
jtdb     Constance S Lager     691 E Beckemeyer Ave     Beckemeyer, IL 62219–1000

TOTAL: 2