# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>Gary M. Lager and Constance S Lager<br><br>          Debtor(s) | In Proceedings<br>Under Chapter 13<br><br>BK 18−31706−lkg |

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−0429    xxx−xx−4574

## ORDER APPROVING MODIFIED PLAN

    The debtor(s) having noticed and filed a proposed modification to their plan on 7/28/2020, no timely objection having been filed, it is

    **ORDERED** that the plan is approved as modified.

ENTERED: August 19, 2020               /s/ Laura K. Grandy
                                                                                    UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of Illinois

In re:  
Gary M. Lager  
Constance S Lager  
      Debtors

Case No. 18-31706-lkg  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0754-3      User: kw      Page 1 of 1      Date Rcvd: Aug 19, 2020  
                       Form ID: 180     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2020.  
db/jtdb         Gary M. Lager,    Constance S Lager,    691 E Beckemeyer Ave,    Beckemeyer, IL  62219-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2020 at the address(es) listed below:  
              Ronald Allan Buch    on behalf of Plaintiff Gary M. Lager Belleville@tbcwam.com,  
       G38416@notify.cincompass.com  
              Ronald Allan Buch    on behalf of Plaintiff Constance S Lager Belleville@tbcwam.com,  
       G38416@notify.cincompass.com  
              Ronald Allan Buch    on behalf of Joint Debtor Constance S Lager Belleville@tbcwam.com,  
       G38416@notify.cincompass.com  
              Ronald Allan Buch    on behalf of Debtor Gary M. Lager Belleville@tbcwam.com,  
       G38416@notify.cincompass.com  
              Russell C Simon     simontrustee@yahoo.com,  pacer@simonch13trustee.com  
              United States Trustee     USTPRegion10.es.ecf@usdoj.gov  
                                                                                                             TOTAL: 6