**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: | ) | |
| Gary M. Lager & | ) | In Proceedings Under |
| Constance S. Lager, | ) | Chapter 13 |
|     Debtors. | ) | |
| | ) | BK No.: 18-31706 |

**MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE**
**AND CERTIFICATION OF ELIGIBILITY FOR DISCHARGE**

**COME NOW** the Debtors, by The Law Office of Ronald A. Buch, LLC, pursuant to 11 U.S.C. § 1328 and General Order 07-04 (Bankr. S.D. Ill, Feb. 22, 2007), on Debtors' Motion and Certification and states as follows:

1. By signing below, Debtors declare under penalty of perjury that the following statements are true and correct to the best of the Debtors' knowledge and belief:

    A. Pursuant to 11 U.S.C. §1328(a), the Debtors have made all the payments required by the most recent confirmed or approved Chapter 13 Plan;

    B. Pursuant to 11 U.S.C. §1328(a) in the event the Debtors are required by a judicial or administrative order, or by statute, to pay a domestic support obligation, then all amounts payable under such order or such statute that are due on or before the date of this certification (including amounts due before this bankruptcy was filed, but only to the extent provided for by the plan) have been paid;

    C. Pursuant to 11 U.S.C. §1328(f), the Debtors have not received a discharge in a bankruptcy case filed under Chapter 7, 11, or 12 during the four-year period preceding the date of the order for relief under this Chapter 13 bankruptcy, and have not received a discharge in a case filed under Chapter 13 in the two-year period preceding the date of such order;

    D. Pursuant to 11 U.S.C. §1328(g)(1), Debtors have completed, after the filing of this case, an instructional course concerning personal financial management and have filed the requisite certification (Official Form 23);

    E. Pursuant to 11 U.S.C. § 1328(h)(1), the Debtors state that 11 U.S.C. § 522(q)(1) is not applicable to the Debtors in that the Debtors have not claimed exemption(s) under 523(b)(3)(A) which exceed the aggregate of $136,875.00 (and as periodically adjusted pursuant to 11 U.S.C. § 104) in a residence, homestead or burial plot. In the event the aggregate does exceed the amount set forth above, the Debtors state that there is no proceeding pending in which the debtors may be found guilty of a felony as described in 11 U.S.C. §522(q)(1)(A) and the debtors are not liable for a debt of the kind described in 11 U.S.C. §522(q)(1)(B), as further stated in detail below;

    F. Pursuant to 11 U.S.C. §1328(h)(2), the Debtors state that there is no proceeding pending in which the debtors may be found guilty of a felony (the term "felony" meaning an offense punishable by a maximum term of imprisonment of more than one year) which under the circumstances, demonstrates that the filing of this case was an abuse of the

    provisions of the Bankruptcy Code.  See 11 U.S.C. §522(q)(1)(A).

G. Pursuant to 11 U.S.C. §1328(h)(2), the Debtors state there is not pending in any civil or criminal court a claim for a debt of the kind described in 11 U.S.C. §522(q)(1)(B) being (a) violation of the Federal securities laws, State securities laws; or any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil remedy under Section 1964 of Title 18; or (d) any criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding 5 years..

H. Debtors state that prior to signing this Certification, they have read this entire document and fully understands it.  Debtors further state that they have made any investigations or inquiries that are necessary to confirm the statements made in connection with the subject matter of this Certification.  Furthermore, Debtors state that they have received advice from counsel concerning the contents and legal ramifications of this Certification and have had ample time to obtain further advice from legal counsel if the Debtors had questions or concerns.

2   Having met the requirements for discharge, the Debtors respectfully move for entry of a discharge under Section 1328(a) of the Bankruptcy Code.

WHEREFORE the Debtors respectfully request the Court to enter an order of discharge pursuant to Section 1328(a) of the Bankruptcy Code.

/s/ Gary M. Lager			9/5/2020
Debtor's Signature			Date

/s/ Constance S. Lager		9/5/2020
Joint Debtor's Signature		Date

By: /s/ Ronald A Buch
Ronald A. Buch - #6209955
Kimberly D. Litherland - #6299352
Attorney for Debtors
5312 West Main Street
Belleville, IL  62226
(618) 236-7000