**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Gary M. Lager** | Social Security number or ITIN  xxx–xx–0429 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Constance S Lager** | Social Security number or ITIN  xxx–xx–4574 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Southern District of Illinois**

Case number:  **18–31706–lkg**

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gary M. Lager

Constance S Lager
aka Connie S Lager

10/2/20

**By the court:**   Laura K. Grandy
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Southern District of Illinois

| | |
|---|---|
| In re: | Case No. 18-31706-lkg |
| Gary M. Lager | Chapter 13 |
| Constance S Lager | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0754-3 | User: tf | Page 1 of 2 |
| Date Rcvd: Oct 02, 2020 | Form ID: 3180W | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jtdb | | Gary M. Lager, Constance S Lager, 691 E Beckemeyer Ave, Beckemeyer, IL 62219-1000 |
| 3989421 | | Apria Healthcare, PO Box 3475, Toledo, OH 43607-0475 |
| 4003754 | + | Apria Healthcare LLC, Attn: Legal Department, 26220 Enterprise Court, Lake Forest, CA 92630-8405 |
| 3989424 | | Clinton County Rural Health, 9401 Holy Cross Ln, Breese, IL 62230-3510 |
| 3989426 | | Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 3989427 | | H&R accounts, 5320 22nd Ave, Moline, IL 61265-3627 |
| 3989431 | ++ | HSHS MEDICAL GROUP INC, P O BOX 4057, CAROL STREAM IL 60197-4057 address filed with court:, HSHS Medical Group, PO Box 13427, Springfield, IL 62791-3427 |
| 3989432 | | HSHS St. Joseph's Hospital Breese, 9515 Holy Cross Ln, Breese, IL 62230-3618 |
| 3989429 | | Hospital Sisters Health Systems, 1643 Lewis Ave Ste 203, Billings, MT 59102-4151 |
| 3989433 | | One Advantage LLC, 7650 Magna Dr, Belleville, IL 62223-3366 |
| 3989434 | | Prairie Cardiovascular Consultants, Ltd, PO Box 19420, Springfield, IL 62794-9420 |
| 3989435 | | SFC of Illinois, LLC, 2659 Northtown Way, Highland, IL 62249-1121 |
| 3989436 | | Synergetic Communication, 5450 NW Central Dr # 220, Houston, TX 77092-2061 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Oct 02 2020 22:08:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 3989420 | | Email/Text: ebn@americollect.com | Oct 02 2020 18:05:00 | Americollect, PO Box 1690, Manitowoc, WI 54221-1690 |
| 3989422 | | EDI: ATTWIREBK.COM | Oct 02 2020 22:08:00 | AT&T, PO Box 5014, Carol Stream, IL 60197-5014 |
| 3989423 | | EDI: CAPONEAUTO.COM | Oct 02 2020 22:08:00 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 3997824 | + | EDI: AISACG.COM | Oct 02 2020 22:08:00 | Capital One Auto Finance,, a division of Capital One, NA, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| 3991984 | + | EDI: AISACG.COM | Oct 02 2020 22:08:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 3989425 | | Email/Text: bankruptcy@consumerportfolio.com | Oct 02 2020 18:05:00 | Consumer Portfolio Services, Inc, Attn: Bankruptcy Dept., PO Box 57071, Irvine, CA 92619-7071 |
| 3989430 | | Email/Text: SIDBusinessOffice@hshs.org | Oct 02 2020 18:06:00 | HSHS Division Southern Illinois, 9515 Holy Cross Ln, Breese, IL 62230-3618 |
| 3989428 | | Email/Text: tracybickel@heightsfinance.com | Oct 02 2020 18:06:00 | Heights Finance, PO Box 6, O Fallon, IL 62269-0006 |

Case 18-31706-lkg    Doc 40    Filed 10/04/20    Page 4 of 4

| District/off: 0754-3 | User: tf | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 02, 2020 | Form ID: 3180W | Total Noticed: 27 |

| 3990047 | + EDI: PRA.COM | | |
|---|---|---|---|
| | | Oct 02 2020 22:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 3996380 | + EDI: SECFIN.COM | | |
| | | Oct 02 2020 22:08:00 | SFC Central Bankruptcy, P.O. Box 1893, Spartanburg, SC 29304-1893 |
| 3990458 | + EDI: RMSC.COM | | |
| | | Oct 02 2020 22:08:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 3999343 | + EDI: WABK.COM | | |
| | | Oct 02 2020 22:08:00 | World Finance Corporation, Attn: Bankruptcy Processing Center, PO Box 6429, Greenville, SC 29606-6429 |
| 3989437 | EDI: WABK.COM | | |
| | | Oct 02 2020 22:08:00 | World Finance Corporation, 12551 State Route 143 Ste D, Highland, IL 62249-1192 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jtdb | * | Constance S Lager, 691 E Beckemeyer Ave, Beckemeyer, IL 62219-1000 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2020        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ronald Allan Buch | on behalf of Plaintiff Gary M. Lager Belleville@tbcwam.com  G38416@notify.cincompass.com |
| Ronald Allan Buch | on behalf of Plaintiff Constance S Lager Belleville@tbcwam.com  G38416@notify.cincompass.com |
| Ronald Allan Buch | on behalf of Joint Debtor Constance S Lager Belleville@tbcwam.com  G38416@notify.cincompass.com |
| Ronald Allan Buch | on behalf of Debtor Gary M. Lager Belleville@tbcwam.com  G38416@notify.cincompass.com |
| Russell C Simon | simontrustee@yahoo.com  pacer@simonch13trustee.com |
| United States Trustee | USTPRegion10.es.ecf@usdoj.gov |

TOTAL: 6