# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:                                                                In Proceedings
                                                                      Under Chapter 13
Gary M. Lager                      Constance S Lager
                                   aka Connie S Lager                 BK 18–31706–lkg

      Debtor(s)

SSN/Individual Taxpayer ID Number (ITIN):

xxx–xx–0429   xxx–xx–4574

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

Russell C Simon is discharged as Trustee in this cause and the sureties on the Trustee's bond are released from further liability in this case.

The chapter 13 case of the above named debtor is closed.

ENTERED: December 8, 2020                        /s/ Laura K. Grandy
                                                 UNITED STATES BANKRUPTCY JUDGE