# Notice Recipients

District/Off: 0754–3 | User: tf | Date Created: 12/8/2020
Case: 18–31706–lkg | Form ID: 178 | Total: 5

**Recipients of Notice of Electronic Filing:**
ust       United States Trustee       USTPRegion10.es.ecf@usdoj.gov
tr        Russell C Simon             simontrustee@yahoo.com
aty       Ronald Allan Buch           Belleville@tbcwam.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Gary M. Lager        691 E Beckemeyer Ave        Beckemeyer, IL 62219–1000
jtdb      Constance S Lager    691 E Beckemeyer Ave        Beckemeyer, IL 62219–1000

TOTAL: 2