# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | | In Proceedings |
| | | Under Chapter 13 |
| Gary M. Lager | Constance S Lager | |
| | aka Connie S Lager | BK 18−31706−lkg |
| Debtor(s) | | |

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−0429    xxx−xx−4574

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

Russell C Simon is discharged as Trustee in this cause and the sureties on the Trustee's bond are released from further liability in this case.

The chapter 13 case of the above named debtor is closed.

ENTERED: December 8, 2020                              /s/ Laura K. Grandy
                                                      UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Southern District of Illinois

| | |
|---|---|
| In re: | Case No. 18-31706-lkg |
| Gary M. Lager | Chapter 13 |
| Constance S Lager | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0754-3 | User: tf | Page 1 of 1 |
| Date Rcvd: Dec 08, 2020 | Form ID: 178 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jtdb | Gary M. Lager, Constance S Lager, 691 E Beckemeyer Ave, Beckemeyer, IL 62219-1000 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 10, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ronald Allan Buch | on behalf of Plaintiff Gary M. Lager Belleville@tbcwam.com  G38416@notify.cincompass.com |
| Ronald Allan Buch | on behalf of Plaintiff Constance S Lager Belleville@tbcwam.com  G38416@notify.cincompass.com |
| Ronald Allan Buch | on behalf of Joint Debtor Constance S Lager Belleville@tbcwam.com  G38416@notify.cincompass.com |
| Ronald Allan Buch | on behalf of Debtor Gary M. Lager Belleville@tbcwam.com  G38416@notify.cincompass.com |
| Russell C Simon | simontrustee@yahoo.com  pacer@simonch13trustee.com |
| United States Trustee | USTPRegion10.es.ecf@usdoj.gov |

TOTAL: 6